Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−29590−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marvin R Minney Jr.
    37 Laclede Drive
    Burlington, NJ 08016

Social Security No.:
    xxx−xx−6537

Employer's Tax I.D. No.:

**NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT**

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 11, 2017
JAN: admi

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Marvin R Minney, Jr.  
      Debtor

Case No. 17-29590-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 11, 2017  
                      Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
db      +Marvin R Minney, Jr.,    37 Laclede Drive,    Burlington, NJ 08016-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2017 21:20:55     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2017 21:20:54     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                          TOTAL: 2

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Brian E Caine    on behalf of Creditor   M&T BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Brian E Caine    on behalf of Creditor   U.S. Bank National Association, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, NA cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
      Robert C. Nisenson    on behalf of Debtor Marvin R Minney, Jr. rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor   Carrington Mortgage Services, LLC servicing agent for Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor   Carrington Mortgage Services, LLC servicing agent for Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A ecf@powerskirn.com
                                                                                                                                         TOTAL: 9