Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–29590–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Marvin R Minney Jr.
37 Laclede Drive
Burlington, NJ 08016

Social Security No.:
xxx–xx–6537

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 27, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Marvin R Minney, Jr.  
    Debtor

Case No. 17-29590-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2           Date Rcvd: Dec 27, 2017  
                      Form ID: 148          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db             +Marvin R Minney, Jr.,    37 Laclede Drive,    Burlington, NJ 08016-2935
517089196      +Carrington Mortgage Services,    PO Box 3220,    Anaheim, CA 92803-3220
517089200      +Cornerstone Bank,    300 W Route 38,    Moorestown, NJ 08057-3233
517089201      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517089206      +Ocwen,   2711 Centerville Rd Suite 400,    Wilmington, DE 19808-1645
517089209      +Powell Inc,   1 Fisher Street,    Halifax, PA 17032-8845
517089211      +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
517190984       U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2017 22:34:01       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2017 22:33:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517089194      +EDI: AARGON.COM Dec 27 2017 22:18:00       Aargon Agency,    Attn: Bankruptcy Department,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517089195      +EDI: TSYS2.COM Dec 27 2017 22:13:00       Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517089199      +EDI: WFNNB.COM Dec 27 2017 22:13:00       Comenitycapital/gmstop,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
517089202      +EDI: NAVIENTFKASMSERV.COM Dec 27 2017 22:13:00       Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517089210      +E-mail/Text: bkdepartment@rtresolutions.com Dec 27 2017 22:34:08       Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517089212      +EDI: WFFC.COM Dec 27 2017 22:13:00       Wells Fargo,    PO Box 6426,
                 Carol Stream, IL 60197-6426
517195322       EDI: WFFC.COM Dec 27 2017 22:13:00       Wells Fargo Bank, N.A.,    Default Document Processing,
                 N9286-01Y,   1000 Blue Gentian Road,    Eagan, MN 55121-7700
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517089197*     +Carrington Mortgage Services,    PO Box 3220,    Anaheim, CA 92803-3220
517089198*     +Carrington Mortgage Services,    PO Box 3220,    Anaheim, CA 92803-3220
517089203*     +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517089204*     +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517089205*     +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517089207*     +Ocwen,   2711 Centerville Rd Suite 400,    Wilmington, DE 19808-1645
517089208*     +Ocwen,   2711 Centerville Rd Suite 400,    Wilmington, DE 19808-1645
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NA cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2017
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert C. Nisenson     on behalf of Debtor Marvin R Minney, Jr. rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        William M.E. Powers     on behalf of Creditor    Carrington Mortgage Services, LLC servicing agent for Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A ecf@powerskirn.com

        William M.E. Powers, III    on behalf of Creditor    Carrington Mortgage Services, LLC servicing agent for Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A ecf@powerskirn.com

        TOTAL: 9